```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR404 HEA |
| ) | (FRB) |
| DOUGLAS PENNOCK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion For Allowance To Travel Outside Of The District (Docket No. 18) is granted.

**IT IS FURTHER ORDERED** that the defendant may travel outside of the Eastern District of Missouri and Central District of Illinois for the periods and purposes set out in his motion, subject to any and all terms imposed by the United States Pretrial Services Agency.

_Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of October, 2011.