UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CR404 HEA ) |
| DOUGLAS PENNOCK, | ) ) ) |
| Defendant. | ) |

## **AMENDED ORDER**

This matter comes before the Court upon Defendant's Motion to Continue Trial [Doc. #47] and Waiver of Speedy Trial [Doc.#48].

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Douglas Pennock to August 20, 2012, and that a continuance of these proceedings outweighs the best interest of the public and the Defendants in a speedy trial.  Furthermore, failure to grant a continuance would deny counsel for the Defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Docs.#48].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Douglas Pennock is

RESET to August 20, 2012, at 9:30 a.m.

Dated this 20th day of June, 2012.

                                                   HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE