# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date **8-20-12**   Case No. **4:11 CR 404-HEA**
UNITED STATES OF AMERICA vs. **Douglas Pennock**
Judge **Autrey**   Court Reporter **A. Daley**
Deputy Clerk **CJK**   Interpreter _____
Assistant United States Attorney(s) **John Bodenhausen**
Attorney(s) for Defendant **Sean Vicente**

### Arraignment/Waiver of Indictment/ Plea :
Defendant's age **44**   Education **Bachelor Degree**
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____ at_____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of   ☐ GUILTY   ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment  ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

### Change of Plea:
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) **4** of the ☐ superseding ☒ indictment ☐ information.
☒ Stipulation of facts relative to sentencing filed ☒ with ☐ without plea agreement (Guilty).
☒ The Court approves ☐ Stipulation of Facts ☒ Plea Agreement (Guilty)
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement until the date of sentencing   ☐ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____ be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____ are denied as moot.
☒ Sentencing set **11-19-2012** at **10:45** ⓐ.m./p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☐ Defendant is remanded to custody ☒ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to "LC.")**
Probation Officer **present**

Defendant attorney present at_____ a.m./p.m.
Proceedings commenced **12:00** a.m./ⓟ.m.   concluded at **12:20** a.m./ⓟ.m.