UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CR404  HEA ) |
| DOUGLAS PENNOCK, | ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter is set for Monday, January 7, 2013, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 20th day of November, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE