```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR404 HEA |
| | ) | (FRB) |
| DOUGLAS PENNOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that defendant's Motion For Leave To File (Document) Under Seal (Docket No. 68) is granted.

_Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of December, 2012.