```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR404 HEA |
| | ) | (FRB) |
| DOUGLAS PENNOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion For Allowance To Travel Outside Of The District (filed December 12, 2012/Docket No. 69) is granted.

**IT IS FURTHER ORDERED** that the defendant may travel outside of the Central District of Illinois and the Eastern District of Missouri for the periods and purposes set out in his motion, subject to any and all terms imposed by the United States Pretrial Services Agency.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of December, 2012.