UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CR404  HEA |
| DOUGLAS PENNOCK, | ) ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Tuesday, February 12, 2013, is reset to Monday, March 4, 2013, at 2:45 p.m. in the courtroom of the undersigned.

Dated this 11th day of February, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE