UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before* United States District Judge

CASE NUMBER: 4:11CR404-1 HEA   DATE: 3/14/13
Court Reporter: G. Madden   Courtroom Deputy: CLK

| Plaintiff(s) | USA | Defendant(s) | Douglas Pennock |
|---|---|---|---|
| Plaintiff Attorney(s) | | Defendant Attorney(s) ( ) cja (X) pda ( ) ret | |
| | John Bondenhausen | | Sean Vincente |

Interpreter: _____  (IUR form forwarded to Finance Unit)

Probation Officer present in courtroom: **Present**

[X] Defendant/Parties present for imposition of sentence.
[X] Plea Agreement adopted and accepted by the Court.
[X] No objections to Presentence Report filed by either party.
[ ] Objections to PSR filed by  [ ] Defendant  [ ] Government:
  [ ] After hearing arguments, the Court [ ] overruled  [ ] granted objections _____

Other: _____

[ ] PSR to be amended
[X] PSR adopted and accepted by the Court and to be filed *Under Seal*.
[X]       motion filed by [ ] Government  [X] Defendant
    The Court [ ] Granted  [ ] Denied
[X] Sentence imposed - See Judgment
[X] Count(s) **All pending cts.** dismissed upon the *oral* motion of the AUSA.
[ ] Defendant Remanded to custody of USM
[X] Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
  [ ] Surrender date: _____
[ ] Defendant released on Probation pending processing by USM

[X] Certification of Compliance with Local Rule 12.07(A) given to Defendant's attorney
Court Explained ∆'s rights Re: Appeal process.

Start: 10:30 am   End: 10:57 am