UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
vs.                               )   Case No. 4:11 CR 404 HEA
                                  )
Douglas Pennock,                  )
                                  )
        Defendant.                )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐   A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒   Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐   The defendant declines to sign this notice.

(Note: Defense counsel should check the appropriate box(es) above.)

3-14-13
Date                              Signature of Attorney

☐   I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

_____                   _____
Date                              Signature of Defendant